Jonathan Gross, State Bar No. 122010
jgross@moundcotton.com
Lawrence Hecimovich, State Bar No. 129688
lhecimovich@moundcotton.com
MOUND COTTON WOLLAN & GREENGRASS LLP
2200 Powell Street, Suite 1050
Emeryville, California 94608
Telephone: (510) 900-9371
Facsimile:  (510) 900-9381

Attorneys for VANTAPRO SPECIALTY
INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GYM MANAGEMENT SERVICES, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>VANTAPRO SPECIALTY INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No.  CV 20-9541-GW-KSx<br><br>**JUDGMENT** |

Pursuant to the Court's February 1, 2021 Order granting Defendant Vantapro's Motion for Judgment on the Pleadings on Plaintiffs' Complaint, Docket No. 22 attached hereto,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant shall have judgment in its favor against Plaintiffs on Plaintiffs' Complaint, with prejudice, and without leave to amend.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiffs take nothing and that Defendant shall have its costs of suit.

Dated: February 4, 2021

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371   FACSIMILE: (510) 900-9381